August 16, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

SURETEC INSURANCE COMPANY, Appellant

NO. 14-16-00195-CV                    V.

BENJAMIN M. LAWSKY, SUPERINTENDENT OF FINANCIAL SERVICES
OF THE STATE OF NEW YORK, AS LIQUIDATOR OF NASSAU
INSURANCE COMPANY, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on February 23, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, SureTec Insurance Company.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.